UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE BURKE,<br><br>Plaintiff,<br><br>v.<br><br>DR. MICHELE DITOMAS, *et al.*,<br><br>Defendants. | Case No. 1:18-cv-00702-JDP<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

Plaintiff Michelle Burke is a state prisoner proceeding pro se with this civil rights action under 42 U.S.C. § 1983. Plaintiff alleges violations of her civil rights by defendants in Solano County, California. Solano County is part of the Sacramento Division of the United States District Court for the Eastern District of California. Local Rule 120(d). A civil action which has not been commenced in the proper division of this district may, on the court's own motion, be transferred to the appropriate division. Local Rule 120(f). Therefore, this action will be transferred to the Sacramento Division.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

1

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

>United States District Court
>Eastern District of California
>501 "I" Street, Suite 4-200
>Sacramento, CA 95814

3. This court has not ruled on plaintiff's request to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: May 30, 2018

/s/ *Jeremy D. Peterson*
UNITED STATES MAGISTRATE JUDGE